UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Debra Medalen,

Plaintiff,

vs. MINUTE ORDER

Tiger Drylac U.S.A., Inc., and DuPont Powder Coatings U.S.A., Inc.,

Defendants. Civ. No. 01-331 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of January, 2002.

* * *

On January 24, 2002, the Court heard argument on the Plaintiff's Motion to Amend the Court's Scheduling Order so as to seek an amendment to her Amended Complaint, as well as on her Motion to Amend her Complaint so as to properly name one of the Defendants, and so as to more accurately identify the product at issue in this litigation. At the time of the Hearing, the Plaintiff appeared by DeAnna M. McCashin, Esq.; the Defendant Tiger Drylac U.S.A., Inc. ("Tiger Drylac"), appeared by Scott P. Drawe, Esq.; and the Defendant DuPont Powder Coatings U.S.A., Inc., appeared by Peter J. Goss, Esq. The Defendant's did not oppose the Motion, although counsel for Tiger Drylac limited the absence of opposition to a

13

FILED JAN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

revised Second Amended Complaint, that counsel for the Plaintiff had transmitted to the parties -- that is, a different version than was attached to the Plaintiff's Motion papers.

Finding good cause for the technical amendments which the Plaintiff here seeks, we grant the Motion for leave to file a late Motion to Amend, as well as the Motion to Amend, and direct the Plaintiff to serve and file the revised version of her Second Amended Complaint. We deny, however, the Plaintiff's request that the Motion to Amend date, which currently exists, and has expired, be rescheduled to February 28, 2002, as the Plaintiff denies any current interest in seeking a further amendment of her Second Amended Complaint, and offers no showing of "good cause" for such an extension in the deadline for amending the pleadings. See, Rule 16(b), Federal Rules of Civil Procedure, and accompanying Advisory Committee Notes.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's Motion to Amend Pretrial Order and to Amend Complaint [Docket No. 11] is GRANTED.

2. That, as more fully explained in the text of this Order, the Plaintiff is directed to serve and file her Second Amended Complaint upon the Defendants forthwith, and the Defendants are

directed to Answer, or otherwise respond to the Second Amended Complaint as required by the Federal Rules of Civil Procedure.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE